FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0207

_____

HELEN WEEMS AND JANE DOE,

      Plaintiffs and Appellees,,

    v.

STATE OF MONTANA, by and through AUSTIN
KNUDSEN, in his official capacity as Attorney
General; and TRAVIS R. AHNER, in his official
capacity as County Attorney for Flathead County,

      Defendants and Appellants.

_____

O R D E R

      Legal Voice and Women's Law Project have filed a motion to file an amicus brief.
Amici have attached a proposed amicus brief to their motion. Good cause appearing,

      IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk is directed
to file the brief attached to the motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 26 2022